troversy is the statutory penalty and the attorney's fees under §§7981, 7982, supra.

In the case of the Toledo, etc., R. Co. v. Long (1907), 169 Ind. 316, the court held §§7981, 7982, supra, unconstitutional, upon the authority of Bedford Quarries Co. v. Bough (1907), 168 Ind. 671, and cases there cited.

The judgment is therefore affirmed.

---

## VANDALIA RAILROAD COMPANY v. COX.

[No. 6,385.   Filed February 3, 1909.]

From Clinton Circuit Court; Joseph Claybaugh, Judge.

Action by Florence M. Cox against the Vandalia Railroad Company. From a judgment for plaintiff, defendant appeals. Affirmed.

Albert D. Thomas, Michael E. Foley and John G. Williams, for appellant.

Joseph Combs, for appellee.

HADLEY, J.—This was an action brought by appellee against appellant for reimbursement for money expended in constructing a fence along appellant's right of way through appellee's lands, under §§5447-5449 Burns 1908, Acts 1885, p. 224, §§1-3.   Upon trial appellee was given judgment for the amount of her claim and $25 attorney's fees.

The case in its substantial particulars is the same as the case of Vandalia R. Co. v. McAninch (1909), ante, 221, and upon the authority of that case this cause is affirmed.

Other questions are presented in this case but they are all technical, unsubstantial and without merit.   The action of the appellant in the premises is indefensible.

Judgment affirmed with ten per cent penalty thereon.

---

## LEEDS v. WARREN-SCHARF ASPHALT PAVING COMPANY.

[No. 5,828.   Filed December 18, 1908.   Rehearing denied March 19, 1909.]

From Laporte Superior Court; Charles H. Truesdell, Special Judge.

Action by the Warren-Scharf Asphalt Paving Company against Amelia Leeds. From a judgment for plaintiff, defendant appeals. Reversed.

Woodson *v.* Warren-Scharf Asphalt Pav. Co.—43 Ind. App. 737.

*James F. Gallaher*, for appellant.
*Cornelius R. Collins, Jeremiah B. Collins* and *Morris M. Townley*, for appellee.

MYERS, J.—This was an action by appellee to foreclose an alleged street assessment lien against appellant's property situated on Wabash street in the city of Michigan City. From a judgment and decree of foreclosure appellant appeals to this court and has here assigned error presenting the same questions which this court considered and decided adversely to appellee in the case of *Zorn* v. *Warren-Scharf Asphalt Pav. Co.* (1908), 42 Ind. App. 213, and upon the authority of that case the judgment in this case is reversed.

---

# WOODSON, TRUSTEE, *v.* WARREN-SCHARF ASPHALT PAVING COMPANY.

[No. 5,825.    Filed December 12, 1908.    Rehearing denied March 19, 1909.]

From Laporte Superior Court; *Charles H. Truesdell*, Special Judge.

Action by Warren-Scharf Asphalt Paving Company against William F. Woodson, trustee. From a judgment for plaintiff, defendant appeals. *Reversed.*

*James F. Gallaher*, for appellant.
*Cornelius R. Collins, Jeremiah B. Collins* and *Morris M. Townley*, for appellee.

MYERS, J.—This was an action by appellee to foreclose an alleged street assessment lien against appellant's property situated on Wabash street in the city of Michigan City. From a judgment and decree of foreclosure appellant appeals to this court and has here assigned error presenting the same questions which this court considered and decided adversely to appellee in the case of *Zorn* v. *Warren-Scharf Asphalt Pav. Co.* (1908), 42 Ind. App. 213, and upon the authority of that case the judgment in this case is reversed.